# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1151

_____

Nautilus Insurance Company,

        Appellee,

v.

North Arkansas Wood, Inc.;
Jo Ann Petray,

        Appellants,

Deltic Timber Corporation,

        Defendant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the Eastern
\*  District of Arkansas.
\*
\*
\*  [UNPUBLISHED]
\*
\*
\*
\*
\*

_____

Submitted: September 15, 2011
Filed:  September 20, 2011

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this diversity-based declaratory judgment action, North Arkansas Wood, Inc., and Jo Ann Petray appeal from the district court's[1] adverse grant of summary judgment, in which the court concluded that Nautilus Insurance Company had no duty

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

to defend them with respect to third-party claims asserted in Arkansas state-court litigation. Upon de novo review of the summary judgment decision and the district court's interpretation of Arkansas law, see Pioneer Indus., Inc. v. Hartford Fire Ins. Co., 639 F.3d 461, 465 (8th Cir. 2011) (standards of review), we affirm for the reasons discussed in the district court's order. See 8th Cir. R. 47B.

_____